IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON JAMES CROSS,<br><br>Defendant. | CR 22-105-BLG-SPW<br><br><br>ORDER |

Pending before the Court is the motion of the United States to dismiss the forfeiture allegation contained in the indictment (Doc. 20). For good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of January, 2023.

SUSAN P WATTERS
United States District Court Judge

1